UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| **United States of America,**<br>Plaintiff,<br><br>v.<br><br>**Malik J. Chapman,**<br>Defendant. | Criminal Action No. 5:18-57-KKC<br><br>**OPINION AND ORDER** |

\*\* \*\* \*\* \*\* \*\*

This matter is before the Court on Defendant Malik J. Chapman's motion for the return of seized property pursuant to Federal Rule of Criminal Procedure 41(g). (DE 397.)

Defendant seeks property that was seized during a search of his home in the Eastern District of Michigan. (DE 397 at 1.) Specifically, Defendant requests that the Government return jewelry and $65,000 in U.S. Currency. (*Id*.) Defendant's has previously filed a motion seeking the same relief, (DE 380), which was denied. (DE 383.) He then filed a motion for reconsideration, which was also denied. (DE 384, 385.)

Inexplicably, this motion appears to be not only duplicative of but word for word the same as Defendant's first motion for return of seized property. (*See* DE 380, 397.) Defendant is apparently aware of his previous motions' disposition, as he has attached this Court's order denying reconsideration (DE 385) to the instant motion. (DE 397-5.) As previous orders have stated, a motion for the return of seized property brought pursuant to Rule 41(g) "must be filed in the district where the property was seized." Fed. R. Crim. P. 41(g). Here, it appears

– 2 –

that only a court in the Eastern District of Michigan would have jurisdiction to consider this motion. This Court does not.

Based on Rule 41(g)'s plain language and on Defendant's own admission that the property was seized in the Eastern District of Michigan (DE 397 at 1), this Court lacks jurisdiction to consider Defendant's motion. Accordingly, the Court hereby ORDERS that Defendant Malik J. Chapman's motion for the return of seized property (DE 397) is DENIED.

Dated October 8, 2021

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY